Village of Skokie, Appellee, v. The Trust Company of Chicago, Defendants.
Appeal of First National Bank and Trust Company of Racine, Appellant.

Gen. No. 44,157.

*opinion filed January 5,* 1948; released for publication January 27, 1948. Brundage & Short, for appellant; Charles F. Short, Jr., of counsel; Henry L. Wells, for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.**